QUIN DENVIR, Bar #49374
Federal Defender

CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Petitioner
VINCENT RODNEY HATCHER


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| VINCENT RODNEY HATCHER, | NO. Civ. S-04-2596 MCE GGH P |
| Petitioner, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| TOM L. CAREY, | |
| Respondent. | |

Petitioner, VINCENT RODNEY HATCHER, and respondent, TOM L. CAREY, by and through their respective counsel, hereby agree and stipulate as follows:

1. On August 10, 2005, this Court issued an Order and Findings and Recommendations in this case. In that Order the Office of the Federal Defender was appointed to represent Mr. Hatcher.

2. Objections to the Findings and Recommendations are due on

1 August 30, 2005.

2 3. Due to the fact that the Findings and Recommendations pertain
3 to a complex and important legal question, and due to the
4 fact that counsel for Petitioner has just been appointed to
5 this case, both parties seek a 31-day extension of time, or
6 until **September 30, 2005,** to file their Objections to the
7 Findings and Recommendations.

8 4. Counsel for respondent, Deputy Attorney General Benjamin T.
9 Rice, has authorized the undersigned to sign this stipulation
10 electronically on his behalf

Dated: August 17, 2005

Respectfully submitted,

QUIN DENVIR
Federal Defender

*Carolyn M. Wiggin*

CAROLYN M. WIGGIN
Assistant Federal Defender

Attorney for Petitioner
VINCENT RODNEY HATCHER

*Benjamin T. Rice*
_____

BENJAMIN T. RICE
Deputy Attorney General

Attorney for Respondent
TOM L. CAREY

//
//
//
//

Stip. and [Prpsd] Order Extending Time    2

**ORDER**

Pursuant to the stipulation of the parties, and for good cause shown, the parties' joint request extend the deadline to file Objections to the Findings and Recommendations in this matter until September 30, 2005, is hereby GRANTED. The Objections to the Magistrate Judge's Findings and Recommendations are due on September 30, 2005. Any reply to the objections shall be served and filed within ten days after service of the objections.

IT IS SO ORDERED.

Dated: 8/30/05

/s/ Gregory G. Hollows

_____
HON. GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

hatch.eot